[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-13379

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 15, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00925-CV-BBM-1

KAREN K. DANIELS,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(October 15, 2007)**

Before CARNES and BARKETT, Circuit Judges, and COHN,[*] District Judge.

PER CURIAM:

---

[*] Honorable James I. Cohn, United States District Judge for the Southern District of Florida, sitting by designation.

We find no reversible error in the district court's order granting summary judgment in favor of the Government in this case.

**AFFIRMED.**